UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 12-171** |
| **KURT E. MIX** | **SECTION "K"(1)** |

### ORDER AND OPINION

Before the Court is the "Motion to Amend the Protective Order That the Court Entered on June 26, 2012" filed on behalf of defendant Kurt E. Mix (Doc. 196).  Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, GRANTS the motion.  In granting this motion, the parties are advised that the Court has not accepted as true the factual statements and allegations contained in defendant's motion, including the allegation that the materials sought to be disclosed constitute exculpatory material. Accordingly,

**IT IS ORDERED** that the "Motion to Amend the Protective Order That the Court Entered on June 26, 2012" filed on behalf of defendant Kurt E. Mix (Doc. 196), is GRANTED;

**IT IS FURTHER ORDERED** that the Protective Order entered on June 26, 2012 (Doc. 65) is hereby amended to permit defendant Kurt E. Mix to disclose the exculpatory privileged information ("EPI") identified in that Protective Order ONLY to counsel for the United States in this proceeding, including the supervisory attorneys for the Department of Justice in this proceeding.

New Orleans, Louisiana, this 26th day of February, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE