UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

## ORDER

Defendant Kurt E. Mix issued a subpoena to BP, plc, ( "BP") pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, which provided for a return date of February 25, 2013. The subpoena sought documents in eighteen (18) separate categories. Based on certain language in the Court's Order and Reason filed February 1, 2013[1] defendant and BP agreed that the return on the subpoena should be made to the Court. Thereafter counsel for BP advised the Court that the return on the subpoena would be accomplished by delivering to the Court a hard drive containing the voluminous subpoenaed materials. The Court then requested that counsel for defendant and BP craft a protocol addressing the logistics of access to and use of the hard drive. In response to that request, defendant drafted, and BP consented to, a proposed protocol, which the Court hereby adopts and sets forth below:

- BP will return the subpoenaed materials to the Court by delivering a hard drive containing the subpoenaed materials, to the office of the undersigned not later than **February 28, 2013** at **5:00 p.m.**
- Any party to this matter seeking access to the hard drive returned by BP pursuant to the Rule 17(c) subpoena issued by defendant shall file a motion with the Court.

---

[1] The Order and Opinion stated that "the Court notes that any future production of documents pursuant to a Rule 17(c)(1) subpoenas issued herein must be made to this Court, as specifically required in the rule." Doc. 191, p. 5.

- BP will directly provide a duplicate copy of the hard drive returned by it pursuant to the Rule 17(c) subpoena issued by defendant to either party in this matter if directed to do so by the Court.

New Orleans, Louisiana, this 28th day of February, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE