IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-cr-00171-SRD-SS |
| ) | |
| KURT E. MIX, ) | |
| ) | |
| Defendant. ) | |

# ORDER

    IT IS HEREBY ORDERED that Defendant's motion for access to the materials that BP plc has returned to the Court in response to Defendant's Rule 17(c) subpoena is GRANTED. In lieu of arranging for copying and inspection at the Court, Defendant may obtain a duplicate copy of the materials directly from BP plc.

Dated: <u>March 1st 20</u>13

_____
Stanwood R. Duval, Jr.
United States District Judge