UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                        NO. 12-171

KURT E. MIX                                   SECTION "K"(1)

### ORDER

Before the Court is the "Motion for Access to Materials Returned to the Court in Response to Defendant's Rule 17(c) Subpoena" filed on behalf of the United States (Doc. 210). Counsel for defendant Kurt Mix has indicated that defendant has no opposition to the Government having access to the materials returned to date by BP, plc in response to his Rule 17(c) subpoena. Accordingly, the motion is GRANTED.

New Orleans, Louisiana, this 26th day of March, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE