UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

### ORDER AND OPINION

Before the Court is the "Motion in Limine to Preclude the Government From Referring to BP's Supposed Suspension of His Employment" filed on behalf of defendant Kurt Mix (Doc. 259).  Having reviewed the pleadings, memoranda, and relevant law, and having heard the oral argument of the parties on May 1, 2013, the Court, for the reasons assigned, GRANTS the motion.

Rule 401 of the Federal Rules of Evidence defines "relevant evidence" as evidence which "has a tendency to make a fact more or less probable than it would be without the evidence . . . and the fact is of consequence in determining the relevant action."   Evidence related to Kurt Mix's employment status with BP after October 10, 2011 is not relevant to any issue at the trial of this matter and is therefore not admissible at trial.

New Orleans, Louisiana, this 2nd day of May, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE