UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

### ORDER AND OPINION

Before the Court is the "Motion to Compel Production of Unredacted Document" filed on behalf of the United States ( Doc. 211).  Having reviewed the pleadings, memoranda, and relevant law, as well as having heard the oral argument of the parties on May 1, 2013,  the Court, for the reasons assigned,   GRANTS the motion.

The subject of this motion is an email chain between defendant and his counsel ending with an email dated July 22, 2011 which BP produced to the United States.  Prior to producing the email to the United States BP redacted those portions of the email which counsel for defendant indicated were subject to attorney-client the  privilege.[1]   The United States seeks an order requiring production of an unredacted version of the email chain.

It is undisputed that during the course of the email chain defendant copied a third party who was not performing services on defendant's behalf with a portion of the email chain.  Defendant concedes that the "redacted exchange between Mix and Ms. McPhee seems essentially logistical and ministerial, and no legal advice is sought and given." Doc. 269, p. 3.  The Court agrees that the attorney-client privilege does not preclude production of the entire email.  Therefore, defendant is ordered to inform BP that it should produce to the United States an unredacted version of the email

---

[1] The redacted version of the email chain at issue is attached to the United States' motion as Exhibit A.

chain not later than May 8, 2013.

    New Orleans, Louisiana, this 3rd day of May, 2013.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE
