UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO. 12-171

KURT E. MIX                                        SECTION "K"(1)

**ORDER AND OPINION**

     Before the Court is the "Motion to Compel Production of Unredacted Documents and Attorney Notes" filed on behalf of the United States (Doc. 212). Having reviewed the pleadings, memoranda, and relevant law, and having heard the oral argument of the parties on May 1, 2013, the Court, for the reasons assigned, grants the motion in part and denies it in part.

     During a meeting held on August 22, 2011, attended by Kurt Mix, outside counsel for BP, and a representative of a vendor retained by BP to collect telephonic data information from BP employees, BP's outside counsel took notes. Despite a request by the United States, BP has not produced the notes taken by its outside counsel at that meeting based on defendant's assertion of the "joint defense" privilege with respect to those notes. Thereafter on January 20, 2012, BP's third party vendor met with Kurt Mix, his counsel, and outside counsel for BP regarding the collection of electronic data. BP produced a redacted version of its vendor's notes from that meeting to the United States. The United States seeks an order that BP produce to the government the notes taken by BP's outside counsel at the August 22, 2011 data collection meeting with Kurt Mix as well as an unredacted copy of the vendor's notes from the January 20, 2012 meeting between the vendor, Mix, and his counsel.

     With respect to the notes taken by BP's outside counsel at the August 22, 2011 meeting, defendant concedes that the notes "solely reflect answers that Mix gave in response to ministerial

document collection questions posed by the vendor's non-attorney associate, and thus, were never subject to a claim of attorney-client privilege by Mix."  Doc. 269, p. 5.  Because the notes were not subject to a claim of attorney-client privilege by defendant, BP is ordered to provide to the United States the meeting notes of the August 22, 2011 meeting taken by the associate attorneys working for BP's outside counsel.  Those notes shall be provided not later than May 8, 2013.

In analyzing the United States' request for the unredacted vendor's notes taken during the January 20, 2012 meeting the Court reviewed, *in camera*, the unredacted version of the vendor's notes.  Defendant opposes the production of those notes urging, in part, that the joint defense privilege applies.  The Court however, need not determine the applicability of the joint defense privilege having concluded that the redacted portions of the vendor's notes do not contain any relevant evidence.  None of the redacted information "has any tendency to make a fact more or less probable than it would be without the evidence" and the "fact is of no consequence in determining the action.  Fed.R. Evid. 401.  Accordingly, that portion of the United States' motion seeking production of the notes of the BP vendor's representative taken during the January 20, 2012 meeting is denied.

New Orleans, Louisiana, this 3rd day of May, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE