# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-171 |
|---|---|---|
| v. | * | SECTION: "K" (1) |
| KURT MIX | * | |

\* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully requests that Jennifer L. Saulino, Senior Trial Attorney, Fraud Section, United States Department of Justice, be enrolled as counsel in the above-captioned matter. Jennifer L. Saulino is a member of the Washington, D.C. Bar.

Respectfully submitted,

JOHN D. BURETTA
Director, Deepwater Horizon Task Force

/s/ Richard R. Pickens, II
RICHARD R. PICKENS, II [22593]
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Phone: (504) 680-3022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/ Richard R. Pickens, II<br>
RICHARD R. PICKENS, II<br>
Assistant United States Attorney