**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **KURT E. MIX,** <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)  **No. 2:12-cr-00171-SRD-SS**<br>)<br>)<br>)<br>)<br>) |

### TESTIMONIAL STIPULATION

Through undersigned counsel, Defendant Kurt Mix and the United States jointly stipulate that Deep Dabholkar, a potential witness in this case, will testify to the below factual matters. Due to the parties' agreement on the substance of Mr. Dabholkar's anticipated testimony, the parties agree that there is no need to call Mr. Dabholkar as a witness in this case.

1. Deep Dabholkar was part of the "close-out" team at Deloitte.

2. The first time Mr. Dabholkar contacted Mr. Mix was on Wednesday, August 17, 2011 via email. *See* GX 45A (previously admitted). The purpose of Mr. Dabholkar's email was to schedule a follow-up interview to Mr. Mix's September 27, 2010 interview with Deloitte, and to make arrangements to collect Mr. Mix's laptop and PDA. *See id.* (previously admitted).

3. Mr. Mix's follow-up interview was scheduled for Monday, August 22, 2011 at 11:30 AM Central Time. *See* GX 45A (previously admitted).

4. To the best of Mr. Dabholkar's knowledge, Deloitte conducted two collection interviews with Mr. Mix – one on September 27, 2010 and one on August 22, 2011.

5. On August 22, 2011, Mr. Dabholkar assisted in the collection of Mr. Mix's laptop, iPhone, and external hard drive. *See* GX 47B, 47A, 54I, 45C (previously admitted except for GX 54I).

6. On August 22, 2011, Mr. Dabholkar returned to Mr. Mix his laptop, iPhone, and external hard drive. *See* GX 47B, 47A, 54I (previously admitted except for GX 54I).

-2-

7. Mr. Dabholkar exchanged emails with Mr. Mix after his August 22, 2011 interview with Deloitte in order to follow-up with Mr. Mix regarding the collection of SharePoint site information and hard copy materials. *See* GX 45D (previously admitted).

8. In early September 2011, Mr. Mix directed Deloitte to SharePoint sites containing flow rate-related information. *See* DX 651 and 652 (previously admitted).

Respectfully submitted,

Dated:  December 10, 2013

By: /s/ Jennifer L. Saulino
Jennifer L. Saulino
Leo R. Tsao
Deepwater Horizon Task Force
400 Poydras Street, Suite 1000
New Orleans, LA 70130
(202) 445-9674

*Counsel for the United States*

By: /s/ Joan McPhee
Joan McPhee
Aaron M. Katz
Ropes & Gray LLP
Prudential Tower,
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

Michael G. McGovern
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Walter F. Becker, Jr.
(LA.  Bar No.  1685)
Charles D.  Marshall, III
(LA.  Bar No.  27564)
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
(504) 585-7000

*Counsel for Defendant Kurt Mix*