UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                              CRIMINAL ACTION

VERSUS                                                                          NO. 12-171

KURT E. MIX                                                                   SECTION "K"(1)

## ORDER AND REASONS

Before the Court are (1) The United States' Motion to Compel Discovery (Doc. 655) and (2) United States' Motion to Disclose Exhibits Previously Filed *Ex Parte* and Under Seal. (Doc. 656). Having received a response by defendant's counsel to both,

**IT IS ORDERED** that The United States' Motion to Compel Discovery (Doc. 655) is **MOOT** based on defendant's counsel's representation that (1) as Dr. David Cummings and Mr. Terry Payne will not be testifying and (2) there is no "reverse Jencks" materials other than Bates stamped e-mails that already are jointly in possession of the defense and the prosecution team.

**IT IS FURTHER ORDERED** that (2) United States' Motion to Disclose Exhibits Previously Filed *Ex Parte* and Under Seal. (Doc. 656) is **DENIED** as to Exhibit A as it contains attorney work product and **GRANTED** as to Exhibits B-H as the Court has been apprised by e-mail that these are public documents and do not contain any attorney work product. The Clerk shall unseal Doc. 192-10.

New Orleans, Louisiana, this 12th day of December, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE