UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

### ORDER AND REASONS

On October 23, 2013, the Court issued Order and Reasons concerning a number of Defendant's Motions *In Limine*. (Doc. 546)  Specifically, with regard to Defendant's Motion *In Limine* to Preclude the Government from Eliciting Undisclosed, Unreliable and Irrelevant Opinion Testimony Regarding Flow Rate and Top Kill (Doc. 481) and Defendant's Motion *In Limine* to Preclude the Government From Eliciting Inadmissible Lay Opinion Testimony Regarding Statements Supposedly Made by Kurt Mix (Doc. 483), the Court deferred ruling on these motions as they were to be addressed in the context of trial testimony.  Indeed, these motions were re-urged in that context and ruled thereon contemporaneously.  Accordingly,

**IT IS ORDERED** that Defendant's Motion *In Limine* to Preclude the Government from Eliciting Undisclosed, Unreliable and Irrelevant Opinion Testimony Regarding Flow Rate and Top Kill (Doc. 481) and Defendant's Motion *In Limine* to Preclude the Government From Eliciting Inadmissible Lay Opinion Testimony Regarding Statements Supposedly Made by Kurt

Mix (Doc. 483) are **MOOT** as all objections thereto have been ruled upon in the context of the trial of this matter.

New Orleans, Louisiana, this  12th  day of June, 2014.

                                        **STANWOOD R. DUVAL, JR.**
                          **UNITED STATES DISTRICT COURT JUDGE**